■■■ ANTHONY J. IPPOLITO, MS, DDS, Appellant, v GAETANO J. POLIZZI, DDS, Respondent. [910 NYS2d 724]—Appeal from an order of the Supreme Court, Erie County (John M. Curran, J.), entered November 24, 2009 in a breach of contract action. The order dismissed the complaint.

It is hereby ordered that the order so appealed from is

unanimously affirmed with costs for reasons stated in the decision at Supreme Court. Present—Martoche, J.P., Sconiers, Green and Pine, JJ.